```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

MELISSA BRINGMAN,

      Plaintiff,

v.                                    Civil Action No. 5:05CV64
                                                        (STAMP)

CNA INSURANCE COMPANIES and
CONTINENTAL CASUALTY COMPANY,

      Defendants.

### **ORDER SCHEDULING STATUS AND SCHEDULING CONFERENCE**

      The Court has received and reviewed the parties' planning meeting report filed by counsel pursuant to Rule 26(f) on July 13, 2007 and finds that it would be beneficial to conduct a status and scheduling conference in this case.

      Accordingly, it is ORDERED that a status and scheduling conference will be held on **July 20, 2007 at 10:30 a.m.** in the chambers of Judge Frederick P. Stamp, Jr., Federal Building, Twelfth and Chapline Streets, Wheeling, West Virginia 26003.

      Counsel should be prepared to discuss their discovery and trial preparation requirements with the Court. The discovery cutoff date, as well as a dispositive motion cutoff date and a trial date will be established at the status and scheduling conference.

      The Court will permit those out-of-town attorneys having their offices further than forty miles from the point of holding court to participate in the conference by telephone. However, any such attorney shall advise the Court prior to the conference of his or

her intention to participate by telephone and shall (1) inform all counsel of his or her appearance by telephone; (2) confer with other out-of-town attorneys to determine if they wish to appear by telephone; (3) advise the Court of the name of the attorney who will initiate the conference call and all such attorneys appearing by telephone; and (4) initiate a timely conference telephone call with such attorneys to the Court at 304/233-1120 at the time of the scheduled conference. If the attorneys cannot reach agreement as to the initiator of the call, the Court will make that determination.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED: July 16, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE