**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF WEST VIRGINIA**

U.S. DISTRICT COURT
FILED AT WHEELING, WV
JAN 2 3 2008
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

MELISSA BRINGMAN        :
             :
  Plaintiff,        :
             :
v.            :CIVIL ACTION NO. 5:05-CV-64
             :
CNA INSURANCE COMPANIES   :
and CONTINENTAL CASUALTY  :
COMPANY,        :
             :
  Defendants.

## ORDER GRANTING MOTION FOR EXTENSION
## OF PLAINTIFF'S EXPERT DESIGNATION

On January 21, 2008, the plaintiff in the above-styled action filed a Motion to Extend

Plaintiff's Expert Designation deadline. The defendants have indicated no objection to this

motion and no further scheduling deadlines will be affected by the one-week extension

requested by plaintiff.

For reasons apparent to this Court, the plaintiff's motion is hereby GRANTED. It is

hereby

ORDERED that the plaintiff shall have to and until February 11, 2008 in which to

make disclosures required by Federal Rule of Civil Procedure 26(a) (2) (A) and (B).

ENTER this 22nd day of January, 2008.

_Frederick P. Stamp, Jr._
Hon. Frederick P. Stamp, Jr., Judge